# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | CR 15-00267 UA |
| v. | |
| TERRI LYNNE VALENZUELA | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of ___Defendant___ , IT IS ORDERED that a detention hearing is set for __WEDNESDAY, MAY 27, 2015__ , _____ , at __3:00__ ☐a.m. / ☒p.m. before the Honorable __DAVID T. BRISTOW__ , in Courtroom __3__ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __May 26, 2015__          __DAVID T. BRISTOW__
                                 U.S. Magistrate Judge